UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| A.U., | § | |
| | § | |
|         Petitioner, | § | |
| | § | |
| v. | § | SA-26-CV-2741-FB (HJB) |
| | § | |
| MARKWAYNE MULLIN in His | § | |
| Official Capacity as Secretary of the | § | |
| Department of Homeland Security; | § | |
| TODD BLANCHE in His Official | § | |
| Capacity as the Acting United States | § | |
| Attorney General, TODD M. LYONS | § | |
| in His Official Capacity as Acting | § | |
| Director of the U.S. Immigration | § | |
| and Customs Enforcement, UNITED | § | |
| STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, and | § | |
| UNITED STATES IMMIGRATION | § | |
| AND CUSTOMS ENFORCEMENT, | § | |
| | § | |
|         Respondents. [1] | § | |

**ORDER SETTING VIDEO
STATUS CONFERENCE**

On May 7, 2026, this case, which was referred by the District Court to the undersigned for

disposition of any and all pretrial matters, including pending motions pursuant to 28 U.S.C.

§ 636(b)(1).  (*See* Docket Entry 10.)

It is hereby **ORDERED** that a Status Conference is set on **May 18, 2026**, at **1:00 P.M.**  The

conference will be held by video teleconference using the Zoom video platform.  On the designated

---

[1] Markwayne Mullin was sworn in on March 24, 2026, as Secretary of Homeland Security. Mullin is therefore substituted for former Secretary of Homeland Security Kristi Noem as the proper, named Respondent. Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).

date and time of the conference, the parties are directed to join ZOOMGOV meeting, at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system.  Parties having any difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on May 8, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge