UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| A.U.,<br><br>       Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN in His Official Capacity as Secretary of the Department of Homeland Security; TODD BLANCHE in His Official Capacity as the Acting United States Attorney General, TODD M. LYONS in His Official Capacity as Acting Director of the U.S. Immigration and Customs Enforcement, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>       Respondents. [1] | § § § § § § § § § § § § § § § § § § § § § § § | SA-26-CV-2741-FB |

**ORDER RETURNING CASE
TO DISTRICT COURT**

In light of the Joint Stipulation of Dismissal Without Prejudice (Docket Entry 17) filed on

today's date, it is hereby **ORDERED** that this case is **RETURNED** to the District Court.

**SIGNED** on July 17, 2026.

Henry J. Bemporad
United States Magistrate Judge

---

[1] Markwayne Mullin was sworn in on March 24, 2026, as Secretary of Homeland Security. Mullin is therefore substituted for former Secretary of Homeland Security Kristi Noem as the proper, named Respondent. Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).